```
JEFFREY G. NEVIN, Esq. (SBN 114295)
ELLIS, COLEMAN, POIRIER, LaVOIE &
STEINHAMMER, LLP
555 University Avenue, Suite 200 East
Sacramento, California 95825
Telephone: (916) 283-8820
Facsimile: (916) 283-8821
Email: jnevin@ecplslaw.com

EDWARD J. NEVIN, Esq. (SBN 041226)
KENNETH C. ABSALOM, Esq. (SBN 114607)
LAW OFFICES OF NEVIN & ABSALOM
22 Battery Street, Suite 333
San Francisco, California 94111
Telephone: (415) 392-5040
Facsimile: (415) 392-3729
Email: ednevin@333law.com

Attorneys for Plaintiff
TROY WALKER
```

IN THE UNITED STATES DISTRICT COURT

THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TROY WALKER, an individual, | Case No. C 06 4931 SI |
| Plaintiff, | **PROPOSED ORDER** |
| vs. | DATE:<br>TIME: |
| VIACOM INTERNATIONAL, INC.;<br>NICKELODEON STUDIOS, INC.;<br>PARAMOUNT STUDIOS, INC.;<br>STEPHEN HILLENBURG, an individual, | DEPT:<br>The Hon. Susan Illiston |
| Defendants. | |

Upon considering the Motion filed by the plaintiff, an~~d the arguments submitted therewith and in the reply, together wit hte opposition of the defendants, and~~ GOOD CAUSE APPEARING,

IT IS HEREBY ORDERED that the proposed First Amended Complaint be filed forthwith with the Clerk of the Northern District of California, and that the defendants Viacom,

Proposed Order, Case No. C 06 4931 SI

1 | paramount and Nickelodeon file responsive pleadings ten (10) days thereafter pursuant to
2 | F.R.Civ.Proc. 15.
3 |     IT IS SO ORDERED.

5 | DATED: 4/3/07

                                                 The Hon. SUSAN ILLISTON
                                               United States District Judge