Edward J. Nevin (CA State Bar No. 041226)
The Law Offices of Nevin & Absalom
22 Battery Street, Suite 333
San Francisco CA 94111- 5514
Telephone: 415/ 392-5040
ed.nevin@333law.com

Jeffrey G. Nevin, (CA State Bar No. 114295)
Mark E. Ellis, (CA State Bar No. 127159)
Ellis, Coleman, Poirier, LaVoie & Steinhammer, LLP
555 University Avenue, Suite 200 East
Sacramento, CA 95825
Telephone: (916) 283-8820
Facsimile: (916) 283-8821
jgnevin@ecplslaw.com

Attorneys for Plaintiff, Troy Walker

Marcia B. Paul, *Pro Hac Vice (*NY State Bar No. 8427)
DAVIS WRIGHT TREMAINE LLP
1633 Broadway
New York City, NY 10019-6708
Telephone: (212) 603-6427
Facsimile: (212) 489-8340
Email: marciapaul@dwt.com

Duffy Carolan (CA State Bar No. 154988)
DAVIS WRIGHT TREMAINE LLP
505 Montgomery Street, Suite 800
San Francisco, California 94111
Telephone: (415) 276-6500
Facsimile: (415) 276-6599
Email: duffycarolan@dwt.com

Attorneys for Defendants
VIACOM INTERNATIONAL INC., NICKELODEON ANIMATION STUDIOS, INC.
and PARAMOUNT PICTURES CORP.

IN THE UNITED STATES DISTRICT COURT

THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TROY WALKER, an Independent Cartoonist & Publisher,<br><br>    Plaintiff,<br><br>    v.<br><br>VIACOM INTERNATIONAL, INC. NICKELODEON STUDIOS, INC., PARAMOUNT STUDIOS, INC., and, STEPHEN HILLENBURG,<br><br>    Defendants. | Case No. C 06 4931 SI<br><br>**STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND PROPOSED ORDER**<br><br>Case Management Conference currently set for May 18, 2007, 2:30 p.m.<br><br>Honorable Susan Illston |

DAVIS WRIGHT TREMAINE LLP

Plaintiff Troy Walker and Defendants Viacom International Inc., Nickelodeon Animation Studios Inc. and Paramount Pictures Corp., by and through their respective counsel of record, submit the following Stipulation to Continue the Initial Case Management Conference, currently set for May 18, 2007.

WHEREAS, local counsel for Defendants has a scheduling conflict on May 18, 2007; and,

WHEREAS, both parties desire to move the presently schedule Case Management Conference of May 18, 2007 to June 15, 2007 so that the conference can be held after Defendant Stephen Hillenburg, who has agreed to accept service or process though his counsel, has filed an appearance in the action.

BASED ON THE FOREGOING, IT IS HEREBY STIPULATED BY AND BETWEEN THE PARTIES that the Initial Case Management Conference, currently set for May 18, 2007, be continued until June 15, 2007 at 2:30 p.m.

Dated: _May 2, 2007          __/S/Edward J. Nevin_____
                             Edward J. Nevin
                             The Law Offices of Nevin & Absalom
                             Attorneys for Plaintiff, TROY WALKER

Dated: May 2, 2007           __/S/Jeffrey G. Nevin_____
                             Jeffrey G. Nevin
                             Ellis, Coleman, Poirier, LaVoie & Steinhammer, LLP
                             Attorneys for Plaintiff, TROY WALKER

Dated: May 2, 2007           __/S/Duffy Carolan_____
                             Duffy Carolan
                             Attorneys for Defendants
                             VIACOM INTERNATIONAL, INC.
                             NICKELODEON ANIMATION STUDIOS, INC., and
                             PARAMOUNT PICTURES CORP.

DAVIS WRIGHT TREMAINE LLP

---

1
STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE; PROPOSED ORDER
Case No. C 06 4931 SI                                          SFO 361284v1 0038015-000096

(**PROPOSED**) **ORDER**

Good cause appearing, it is hereby ordered that the Case Management Conference, currently set for May 18, 2007, is continued until June 15, 2007, at 2:30 p.m.

Dated: _____    _____
                                 UNITED STATES DISTRICT COURT JUDGE