IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TROY WALKER,<br><br>        Plaintiff,<br><br>  v.<br><br>VIACOM INTERNATIONAL,<br><br>        Defendant.<br>                                      / | No. C 06-04931 SI<br><br>**PRETRIAL PREPARATION ORDER** |

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: October 12, 2007 at 2:30 p.m.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is 11/30/07.

DESIGNATION OF EXPERTS: 1/11/08; REBUTTAL: 1/21/08.
    Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is February 29, 2008.

DISPOSITIVE MOTIONS **SHALL** be filed by March 21, 2008;

    Opp. Due April 4, 2008; Reply Due April 11, 2008;

    and set for hearing no later than April 25, 2008 at 9:00 AM.

PRETRIAL CONFERENCE DATE: June 3, 3008 at 3:30 PM.

JURY TRIAL DATE: June 16, 2008 at 8:30 AM., (liability phase)
    Courtroom 10, 19th floor.

TRIAL LENGTH is estimated to be __ days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
The parties have agreed to bifurcate the liability and damages portions of the case.

This case shall be referred to a magistrate-judge for settlement. The settlement conference shall occur during the first two weeks of December 2007. Counsel shall contact the court if there is a specific magistrate that they want to select.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated:
                                                                 SUSAN ILLSTON
                                                                  United States District Judge