1 | Jeffrey G. Nevin - CA 114295
ELLIS, COLEMAN, POIRIER, LAVOIE, & STEINHEIMER LLP
2 | 555 University Avenue, Suite 200 East
Sacramento, CA 95825
3 | Tel: (916) 283-8820
Fax: (916) 283-8821
4 | jnevin@ecplslaw.com

5 | Edward J. Nevin – CA 041226
THE LAW OFFICES OF NEVIN & ABSALOM
6 | 22 Battery Street, Suite 333
San Francisco, CA 94111-5514
7 | Tel: (415) 392-5040
Ed.nevin@333law.com

Attorneys for Plaintiff
TROY WALKER

Marcia B. Paul, *Pro Hac Vice* – NY 8427
DAVIS WRIGHT TREMAINE LLP
1633 Broadway
New York City, NY 10019-6708
Tel: (212) 603-6427
Fax: (212) 489-8340
marciapaul@dwt.com

Duffy Carolan – CA 154988
DAVIS WRIGHT TREMAINE LLP
505 Montgomery Street, Suite 800
San Francisco, CA 94111
Tel: (415) 276-6500
Fax: (415) 276-6599
duffycarolan@dwt.com

Attorneys for Defendants
VIACOM INTERNATIONAL INC., NICKELODEON ANIMATION STUDIOS, INC. and
PARAMOUNT PICTURES CORP.

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TROY WALKER, an Independent Cartoonist & Publisher,<br><br>    Plaintiff,,<br><br>v.<br><br>VIACOM INTERNATIONAL, INC.; NICKELODEON STUDIOS, INC.; PARAMOUNT STUDIOS, INC.; STEPHEN HILLENBURG, an Individual,,<br><br>    Defendants. | Case No.: C 06 4931 SI (EMC)<br><br>**STIPULATION TO CONTINUE SETTLEMENT CONFERENCE AND PROPOSED ORDER**<br><br>Settlement Conference currently set for December 4, 2007, 9:30 a.m., presided by Judge Chen<br><br>Honorable Susan Illston |

- 1 -

STIPULATION TO CONTINUE SETTLEMENT CONFERENCE AND PROPOSED ORDER

Plaintiff Troy Walker and Defendants Viacom International Inc., Nickelodeon Animation Studios Inc. and Paramount Pictures Corp., by and through their respective counsel of record, submit the following Stipulation to Continue the Settlement Conference, currently set for December 4, 2007.

Plaintiff's counsel Jeffrey Nevin of Ellis, Coleman, Poirier, LaVoie, and Steinheimer, and Edward Nevin of Nevin and Absalom, are both scheduled to start trial on December 3, 2007. Jeffrey Nevin's trial, *Stoneridge Homeowners Association v. DeAnza Properties et al.* (CGC-03-417197), is in San Francisco Superior Court. The trial in that case is expected to be four to six weeks long. Edward Nevin's trial, *Hall v. Birdsall* (CIV-MSC05-01718), is in Contra Costa Superior Court. The trial in that case is expected to be two weeks long. As such, neither Jeffrey nor Ed Nevin can attend the settlement conference as it is currently scheduled.

Edward and Jeffrey Nevin are the only attorneys from either of their respective offices that can adequately represent Plaintiff at the settlement conference. The parties have discussed rescheduling the settlement conference and have agreed that January 4, 2007 is a suitable date for all parties. Additionally, Plaintiff has contacted Judge Chen's office regarding a potential rescheduling of the settlement conference and was told that January 4, 2007 is an acceptable date for Judge Chen. There have been no prior continuances of the settlement conference.

BASED ON THE FOREGOING, IT IS HEREBY STIPULATED BY AND BETWEEN THE PARTIES that the Settlement Conference, currently set for December 4, 2007, be continued until January 4, 2007 at 9:30 a.m.

Dated: November 16, 2007

    /S/Jeffrey G. Nevin
Jeffrey G. Nevin
Ellis, Coleman, Poirier, LaVoie & Steinheimer LLP
Attorneys for Plaintiff
TROY WALKER

- 2 -

STIPULATION TO CONTINUE SETTLEMENT CONFERENCE AND PROPOSED ORDER

Dated: November 16, 2007

    /S/Edward J. Nevin
Edward J. Nevin
The Law Offices of Nevin & Absalom
Attorneys for Plaintiff
TROY WALKER

Dated: November 16, 2007

    /S/Duffy Carolan
Duffy Carolan
Attorneys for Defendants
VIACOM INTERNATIONAL INC.,
NICKELODEON ANIMATION STUDIOS, INC. and
PARAMOUNT PICTURES CORP.

Dated: November 16, 2007

    /S/Marcia B. Paul
Marcia B. Paul
Attorneys for Defendants
VIACOM INTERNATIONAL INC.,
NICKELODEON ANIMATION STUDIOS, INC. and
PARAMOUNT PICTURES CORP.

**STIPULATION TO CONTINUE SETTLEMENT CONFERENCE AND PROPOSED ORDER**

**PROPOSED ORDER**

Good Cause appearing, it is hereby ordered that the Settlement Conference, currently set for December 4, 2007, is continued until January 4, 2007, at 9:30 a.m.

Dated: 11/16/07

_____
UNITED STATES DISTRICT COURT JUDGE

- 4 -

STIPULATION TO CONTINUE SETTLEMENT CONFERENCE AND PROPOSED ORDER

# CERTIFICATE OF SERVICE

I, Helen D. Parker, declare:

I am a citizen of the United States, am over the age of eighteen years, and am not a party to or interested in the within entitled cause. My business address is 555 University Avenue, Suite 200 East, Sacramento, CA 95825.

On November 16, 2007, I served the following document(s) on the parties in the within action:

**STIPULATION TO CONTINUE SETTLEMENT CONFERENCE AND PROPOSED ORDER**

|   |   |
|---|---|
|   | **BY MAIL**: I am familiar with the business practice for collection and processing of mail. The above-described document(s) will be enclosed in a sealed envelope, with first class postage thereon fully prepaid, and deposited with the United States Postal Service at Sacramento, CA on this date, addressed as follows: |
| X | **VIA ELECTRONIC SERVICE**: The above-described document(s) will be delivered electronically through the Court's ECF/PACER electronic filing system, as stipulated by all parties to constitute personal service, to the following: |
|   | **VIA OVERNIGHT SERVICE**: The above-described document(s) will be delivered by overnight service, to the following: |

| | |
|---|---|
| Marcia B. Paul<br>DAVIS WRIGHT TREMAINE, LLP<br>1633 Broadway<br>New York, NY 10019-6708 | Attorneys for<br>Defendants |
| Carolan Duffy<br>DAVIS WRIGHT TREMAINE LLP<br>505 Montgomery Street, Suite 800<br>San Francisco, CA 94111 | Attorneys for<br>Defendants |
| Edward J. Nevin<br>LAW OFFICES OF NEVIN & ABSALOM<br>22 Battery Street, Suite 333<br>San Francisco, CA 94111 | Attorneys for<br>Co-Counsel for Plaintiff Troy Walker |

I declare under penalty of perjury under the laws of the State of California that the foregoing is a true and correct statement and that this Certificate was executed on November 16, 2007.

By: _____
Helen D. Parker