1   Jeffrey G. Nevin - CA 114295
    ELLIS, COLEMAN, POIRIER, LAVOIE, & STEINHEIMER LLP
2   555 University Avenue, Suite 200 East
    Sacramento, CA 95825
3   Tel: (916) 283-8820
    Fax: (916) 283-8821
4   jnevin@ecplslaw.com

5   Edward J. Nevin – CA 041226
    THE LAW OFFICES OF NEVIN & ABSALOM
6   22 Battery Street, Suite 333
    San Francisco, CA 94111-5514
7   Tel: (415) 392-5040
    Ed.nevin@333law.com
8
    Attorneys for Plaintiff
9   TROY WALKER

10  Marcia B. Paul, *Pro Hac Vice* – NY 8427
    DAVIS WRIGHT TREMAINE LLP
11  1633 Broadway
    New York City, NY 10019-6708
12  Tel: (212) 603-6427
    Fax: (212) 489-8340
13  marciapaul@dwt.com

14  Duffy Carolan – CA 154988
    DAVIS WRIGHT TREMAINE LLP
15  505 Montgomery Street, Suite 800
    San Francisco, CA 94111
16  Tel: (415) 276-6500
    Fax: (415) 276-6599
17  duffycarolan@dwt.com

18  Attorneys for Defendants
    VIACOM INTERNATIONAL INC., NICKELODEON ANIMATION STUDIOS, INC. and
19  PARAMOUNT PICTURES CORP.

20              IN THE UNITED STATES DISTRICT COURT

21             NORTHERN DISTRICT OF CALIFORNIA

22                 SAN FRANCISCO DIVISION

| | |
|---|---|
| TROY WALKER, an Independent Cartoonist & Publisher, | Case No.: C 06 4931 SI (EMC) |
| Plaintiff,, | **STIPULATION TO EXTEND THE DEADLINE FOR RESPONSES TO DEFENDANT'S REQUEST FOR ADMISSION, SET ONE AND PROPOSED ORDER** |
| v. | |
| VIACOM INTERNATIONAL, INC.; NICKELODEON STUDIOS, INC.; PARAMOUNT STUDIOS, INC.; STEPHEN HILLENBURG, an Individual,, | |
| Defendants. | Honorable Susan Illston |

- 1 -

STIPULATION TO EXTEND THE DEADLINE FOR RESPONSES TO REQUEST FOR ADMISSIONS

1    Plaintiff Troy Walker and Defendants Viacom International Inc., Nickelodeon Animation

2    Studios Inc. and Paramount Pictures Corp., by and through their respective counsel of record, submit

3    the following Stipulation to Extend the Deadline for Responses to Defendant's Request for

4    Admissions, Set One. The current deadline for responses is November 29, 2007.

5    Plaintiff's counsel Jeffrey Nevin of Ellis, Coleman, Poirier, LaVoie, and Steinheimer, and

6    Edward Nevin of Nevin and Absalom, are both scheduled to start trial on December 3, 2007. Neither

7    Jeffrey nor Ed Nevin has had adequate time to respond to the Request because of the enormous amount

8    of time each of them, and their associates, has spent preparing for these upcoming trials.

9    Further, Plaintiff noticed eleven depositions from November 14, 2007, to November 29, 2007.

10   Most of these depositions have already been taken, and all are expected to be finished by November

11   29, 2007. All of these depositions were or will be taken in either Los Angeles or New York City. A

12   *substantial* amount of time and effort has been taken to get the depositions in this case completed in a

13   short period of time. Plaintiff's counsel simply has not had adequate time to respond to the Request.

14   The parties have discussed extending the discovery deadline for the limited purpose of

15   extending the time to respond to this Request, and moving to compel responses if necessary, and have

16   agreed that December 13, 2007 is a suitable deadline for written responses by Plaintiff, and December

17   27, 2007, for moving to compel, if necessary. There have been no prior extensions of time to respond

18   to this Request.

19   BASED ON THE FOREGOING, IT IS HEREBY STIPULATED BY AND BETWEEN THE

20   PARTIES that the deadline to respond to Defendants' Request for Admissions, Set One, currently set

21   for November 29, 2007, be extended to December 13, 2007, and the time for moving to compel further

22   responses, if any such motion is necessary, is extended until December 27, 2007.

23   ///

24   ///

- 2 -

STIPULATION TO EXTEND THE DEADLINE FOR RESPONSES TO REQUEST FOR ADMISSIONS

Dated: November 28, 2007

                     /S/Jeffrey G. Nevin
                     Jeffrey G. Nevin
Ellis, Coleman, Poirier, LaVoie & Steinheimer LLP
Attorneys for Plaintiff
TROY WALKER

Dated: November 28, 2007

                     /S/Edward J. Nevin
                     Edward J. Nevin
The Law Offices of Nevin & Absalom
Attorneys for Plaintiff
TROY WALKER

Dated: November 28, 2007

                     /S/Duffy Carolan
                     Duffy Carolan
Attorneys for Defendants
VIACOM INTERNATIONAL INC.,
NICKELODEON ANIMATION STUDIOS, INC. and
PARAMOUNT PICTURES CORP.

Dated: November 28, 2007

                     /S/Marcia B. Paul
                     Marcia B. Paul
Attorneys for Defendants
VIACOM INTERNATIONAL INC.,
NICKELODEON ANIMATION STUDIOS, INC. and
PARAMOUNT PICTURES CORP.

## PROPOSED ORDER

       Good Cause appearing, it is hereby ordered that the deadline for Plaintiff's responses to Defendants' Request for Admissions, currently set for November 29, 2007, is extended to December 13, 2007, and the time for moving to compel further responses, if any such motion is necessary, is extended until December 27, 2007.

Dated: _____12/3/07_____                    _____

                                     UNITED STATES DISTRICT COURT JUDGE

STIPULATION TO EXTEND THE DEADLINE FOR RESPONSES TO REQUEST FOR ADMISSIONS

## CERTIFICATE OF SERVICE

I, Helen D. Parker, declare:

I am a citizen of the United States, am over the age of eighteen years, and am not a party to or interested in the within entitled cause. My business address is 555 University Avenue, Suite 200 East, Sacramento, CA 95825.

On November 28, 2007, I served the following document(s) on the parties in the within action:

**STIPULATION TO CONTINUE SETTLEMENT CONFERENCE AND PROPOSED ORDER**

|   | |
|---|---|
| | **BY MAIL**: I am familiar with the business practice for collection and processing of mail. The above-described document(s) will be enclosed in a sealed envelope, with first class postage thereon fully prepaid, and deposited with the United States Postal Service at Sacramento, CA on this date, addressed as follows: |
| X | **VIA ELECTRONIC SERVICE**: The above-described document(s) will be delivered electronically through the Court's ECF/PACER electronic filing system, as stipulated by all parties to constitute personal service, to the following: |
| | **VIA OVERNIGHT SERVICE**: The above-described document(s) will be delivered by overnight service, to the following: |

| | |
|---|---|
| Marcia B. Paul<br>DAVIS WRIGHT TREMAINE, LLP<br>1633 Broadway<br>New York, NY 10019-6708 | Attorneys for<br>Defendants |
| Carolan Duffy<br>DAVIS WRIGHT TREMAINE LLP<br>505 Montgomery Street, Suite 800<br>San Francisco, CA 94111 | Attorneys for<br>Defendants |
| Edward J. Nevin<br>LAW OFFICES OF NEVIN & ABSALOM<br>22 Battery Street, Suite 333<br>San Francisco, CA 94111 | Attorneys for<br>Co-Counsel for Plaintiff Troy Walker |

I declare under penalty of perjury under the laws of the State of California that the foregoing is a true and correct statement and that this Certificate was executed on November 28, 2007.

By: _____
Helen D. Parker

- 4 -

STIPULATION TO EXTEND THE DEADLINE FOR RESPONSES TO REQUEST FOR ADMISSIONS