| | |
|---|---|
| 1 | EDWARD J. NEVIN, Esq. (SBN 041226) |
| 2 | KENNETH C. ABSALOM, Esq. (SBN 114607)<br>LAW OFFICES OF NEVIN & ABSALOM |
| 3 | 22 Battery Street, Suite 333<br>San Francisco, California 94111 |
| 4 | Telephone: (415) 392-5040<br>Facsimile: (415) 392-3729 |
| 5 | Email: ednevin@333law.com |
| 6 | ELLIS, COLEMAN, POIRIER, LaVOIE<br>& STEINHAMMER, LLP |
| 7 | 555 University Avenue, Suite 200 East<br>Sacramento, California 95825 |
| 8 | Telephone: (916) 283-8820<br>Facsimile: (916) 283-8821 |
| 9 | mellis@ecplaslaw.com |
| 10 | Attorneys for Plaintiff<br>TROY WALKER |

IN THE UNITED STATES DISTRICT COURT

THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TROY WALKER, an individual, | ) Case No. C 06 4931 SI |
| Plaintiff, | ) **SUBSTITUTION OF ATTORNEYS** |
| vs. | ) |
| VIACOM INTERNATIONAL, INC.;<br>NICKELODEON STUDIOS, INC.;<br>PARAMOUNT STUDIOS, INC.;<br>STEPHEN HILLENBURG, an individual, | ) |
| Defendants. | ) |

TO ALL PARTIES AND TO THEIR ATTORNEY OF RECORD:

PLEASE TAKE NOTICE that Troy Walker, hereby substitutes Jonathan Capp, Esq. of CAPP & MARSH, as counsel of record in the above entitled action in place of NEVIN & ABSALOM and ELLIS, COLEMAN, POIRIER, LAVOIE & STINHEIMER LLP whose address and contact information is listed above. New counsel's contact information is:

---

Substitution of Attorneys Case No. C 06 4931 SI

| | |
|---|---|
| 1 | Capp and Marsh |
| 2 | 4317 Silver Spring Way |
| 3 | Oceanside, CA, 92057-6521 |
| 4 | Phone Number (760) 231-9851 |
| 5 | Fax Number (760) 231-6272 |

I consent to this Substitution:

DATED: April 16th 2008

TROY WALKER, Plaintiff

I accept this Substitution:

DATED: 4-17-08

CAPP & MARSH

JONATHAN CAPP, Esq.

We consent to this Association:

DATED: 4-14-08

NEVIN & ABSALOM

BY [signature]

We consent to this Association:

DATED: 4-14-08

ELLIS, COLEMAN, POIRIER, LaVOIE & STEINHAMMER, LLP

BY [signature]

IT IS SO ORDERED

Judge Susan Illston

Substitution of Attorneys Case No. C 06 4931 SI

- 2 -

**CERTIFICATE OF SERVICE**

I am over the age of 18 years and not a party to this action. My business address is 4317 Silver Spring Way, Oceanside, CA 92057 in the county of San Diego. I served the foregoing documents described as NOTICE OF SUBSTITUTION OF ATTORNEY OF RECORD on all interested parties in this action by placing a true copy thereof in a sealed envelope addressed as follows;

Marcia B. Paul
Davis Wright Tremaine LLP
1633 Broadway
New York, NY 10019-6708

Duffy Carolan
Davis Wright Tremaine LLP
505 Montgomery Street, Suite 800
San Francisco, CA 94111

I then delivered the same to the US mail on 4/18/2008 for nest business day delivery.

I also emailed copies of the above mentioned documents on each of the above at their respective email addresses of record.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 4/18/2008

_____/s/_____

Jonathan Capp, declarant

PROOF OF SERVICE

-1-