IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TROY WALKER, | No. C 06-4931 SI |
|     Plaintiff, | **JUDGMENT** |
|   v. | |
| VIACOM INTERNATIONAL, INC., *et al.*, | |
|     Defendants. | |

Defendants' motion for summary judgment is granted. Judgment is entered accordingly.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: May 13, 2008

SUSAN ILLSTON
United States District Judge